# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MACKINZI CHRISTENSEN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>EXPEDIA, INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:11-cv-00125-JCM-RJJ<br><br>**ORDER** |

In a letter addressed to the undersigned on April 25, 2011, Defense counsel advised the court that the parties have reached a settlement and are in the process of finalizing their settlement agreement. For this reason they ask that the Early Neutral Evaluation set for May 6, 2011 be vacated. For good cause shown,

**IT IS ORDERED** that

1. The Early Neutral Evaluation currently scheduled for May 6, 2011, at 9:30 a.m., is **VACATED.**
2. The parties shall have until **May 27, 2011,** in which to finalize their settlement and file the stipulation to dismiss or, if a stipulation to dismiss has not been filed, a Joint Status Report shall be filed advising the court of when the settlement will be finalized and the stipulation to dismiss filed.

Dated this 26th day of April, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Peggy A. Leen
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge