GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel  (702) 259-7777
Fax  (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MACKINZI CHRISTENSEN;<br><br>         Plaintiff,<br>vs.<br><br>EXPEDIA, INC.; DOES 1-10; and ROE CORPORATIONS, COMPANIES AND/OR PARTNERSHIPS 11-20, inclusive;<br><br>         Defendants. | Case No.  2:11-cv-00125-JCM-RJJ<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

It is Hereby Stipulated and Agreed by and between the respective parties herein as counsel of record as noted below that this matter be dismissed with

Page 1 of 2

prejudice with each party to bear their own respective costs and attorneys fees.

| GABROY LAW OFFICES | SNELL AND WILMER |
|---|---|
| By  ___/s/_____ <br> GABROY LAW OFFICES <br> Christian Gabroy (#8805) <br> The District at Green Valley Ranch <br> 170 South Green Valley Parkway, Suite 280 <br> Henderson, Nevada 89012 <br> Tel   (702) 259-7777 <br> Fax   (702) 259-7704 <br> *Attorneys for Plaintiff* | By:  _____/s/_____ <br> PAUL S. PRIOR <br> Aaron D. Ford <br> 3883 Howard Hughes Pkwy. <br> Suite 1100 <br> Las Vegas, NV 89169 <br> Telephone  702-784-5200 <br> Fax:  702-784-5252 <br> *Attorneys for Defendant* |

DATED THIS ___16th___ DAY OF MAY 2011

IT IS SO ORDERED:

_____
U.S. DISTRICT COURT JUDGE